# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 14, 2015 |
| Court Reporter: Janet Coppock | Time: 32 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-8**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| Plaintiff, | |
| vs. | |
| **8. PETER KARFIAS,** | Anthony Viorst |
| Defendant. | |

## SENTENCING

**10:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00169-PAB-8
August 14, 2015

Argument by Mr. Pena in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Argument by Mr. Viorst in support of the defendant's Motion to Reduce Sentence and for Imposition of Probationary Sentence Pursuant to 18 USC 3553(a) and comments addressing sentencing.

Argument by Mr. Pena in support of the Governments Motion for a Variant Sentence and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 AND Motion for a Variant Sentence [Docket No 662], is **GRANTED in PART and DENIED as MOOT in PART.**

**ORDERED:** Defendant's Motion to Reduce Sentence and for Imposition of Probationary Sentence Pursuant to 18 USC 3553(a) [Docket No. 673], is **GRANTED**.

Defendant entered his plea on **April 29, 2015** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be placed on probation for a period of **5** years.

**ORDERED: Conditions** of Probation are:
- (**X**)　Defendant shall not commit another federal, state or local crime.
- (**X**)　Defendant shall not illegally possess controlled substances.
- (**X**)　Defendant shall not possess a firearm or destructive device.
- (**X**)　Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)　Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
14-CR-00169-PAB-8
August 14, 2015

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      ( )    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Probation are that:

      (**X**)    Defendant shall be placed on home detention for a period of **6** months, to commence as directed by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

      (**X**)    Defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic marijuana.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility as to Peter Karfias [Docket No. 663], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**10:35 a.m.   COURT IN RECESS**

**Total in court time:   32 minutes   Hearing concluded**